# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5189
_____

PAUL LAWRENCE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Martin Fitzpatrick, Judge.

October 30, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROBERTS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Rachael Elizabeth Reese and Casey Burns of O'Brien Hatfield, PA, Tampa, for Appellant.

Ashley Moody, Attorney General, and Virginia Chester Harris, Assistant Attorney General, Tallahassee, for Appellee.